# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIED WASTE NORTH AMERICA, LLC AND 623 LANDFILL, INC., ) ) ) )<br><br>PLAINTIFF, ) )<br><br>v. ) )<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25, THOMAS G. MARI, INDIVIDUALLY AND AS PRESIDENT, STEVEN J.SOUTH, AS SECRETARY-TREASURER, JOAN C. COREY, AS VICE PRESIDENT/BUSINESS AGENT, PETER S. BERRY, AS RECORDING SECRETARY, MILTON DEPINA, INDIVIDUALLY AND AS UNION REPRESENTATIVE, NICO CATANO, INDIVIDUALLY AND AS UNION TRUSTEE, ERIC LOGAN, INDIVIDUALLY AND AS UNION REPRESENTATIVE, DAVID SMITH, INDIVIDUALLY AND AS UNION REPRESENTATIVE BRIAN J. HATCH, INDIVIDUALLY AND AS BUSINESS AGENT, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>And ) )<br><br>JOHN DOES 1-100; and all other conspiring, acting in concert, or otherwise participating with them or acting in their aid or behalf, ) ) ) ) ) )<br><br>DEFENDANTS. ) | CIVIL ACTION NO. 1-25-cv-11990 |

## AFFIDAVIT OF NICO CATANO

I, Nico Catano, depose and state the following:

1.  I am over the age of twenty-one, make the statements contained in this affidavit based on

personal knowledge, and am competent to testify as to all relevant facts here.

2.   I am an Organizer for Teamsters Joint Council 10 and a Teamsters Local 25 Trustee.

3.   The strike with Republic Services began July 1, and since that time I have visited multiple facilities but never the facility in Revere. *C.f.* Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction, pg. 5.

4.   I have never assaulted or threatened to assault anyone, nor have I have directed or condoned the use of threats or violence.

5.   I have never told anyone to "get out of the car, I'm going to fuck you up" or that I was going to "beat you up."

6.   I have never spat on anyone, have never made physical contact with anyone, and I definitely have never used racist or homophobic slurs.

7.   While I have used the word "maggot," usually to refer to replacement drivers, I have absolutely never used the word "f*ggot." I find this sort of language abhorrent and denounce anyone who uses this sort of language.

8.   A video submitted to the court by Republic shows me using the word "maggot." This video was taken on one of the first days of the strike when the interactions between the strikers and replacement employees were the most heated.  Both sides have calmed down quite a bit since then.

9.   Especially in the beginning, replacement drivers were regularly giving us the middle finger, laughing at us and making disparaging remarks to members such as "thanks for the work," and one replacement driver called me a "bitch." This sort of conduct caused verbal confrontations, but seems to be less frequent now.

10. Police in Peabody made certain strategic changes that have helped diminish the verbal confrontations. For example, they now stand between exiting vehicles and picketers, which prevents replacement drivers from shouting obscenities at the picketers and keeps the picketers

from approaching vehicles as they exit. This smart change has drastically reduced personal confrontations.

11. That said, we have never blocked vehicles exiting or entering. Vehicles have been delayed for a short length of time while exiting at the direction and control of the police who told me the intervals are determined based on safety and traffic conditions.

12. The sort of conduct alleged against Local 25 is explicitly forbidden. Strikers received a copy of the rules prior to going out on strike. Those rules are attached to this affidavit as Exhibit 1.

Signed under the penalties of perjury this 17th day of July 2025.

**/s/ Nico Catano**

Nico Catano

# EXHIBIT 1