UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIED WASTE NORTH AMERICA, LLC AND 623 LANDFILL, INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25, THOMAS G. MARI, INDIVIDUALLY AND AS PRESIDENT, STEVEN J. SOUTH, AS SECRETARY-TREASURER, JOAN C. COREY, AS VICE PRESIDENT/ BUSINESS AGENT, PETER S. BERRY, AS RECORDING SECRETARY, MILTON DEPINA, INDIVIDUALLY AND AS UNION REPRESENTATIVE, NICO CATANO, INDIVIDUALLY AND AS UNION TRUSTEE, ERIC LOGAN, INDIVIDUALLY AND AS UNION REPRESENTATIVE, DAVID SMITH, INDIVIDUALLY AND AS UNION REPRESENTATIVE, BRIAN J. HATCH, INDIVIDUALLY AND AS BUSINESS AGENT, <br><br> And <br><br> JOHN DOES 1-100; and all others conspiring, acting in concert, or otherwise participating with them or acting in their aid or behalf, <br><br> DEFENDANTS. | CIVIL ACTION NO. 1:25-cv-11990-BEM |

## **STIPULATION OF DISMISSAL**

Plaintiffs Allied Waste North America, LLC and 623 Landfill, Inc. and all named defendants hereby stipulate to dismiss defendant Brian J. Hatch from this action pursuant to

1

Federal Rule of Civil Procedure 41. Plaintiffs are continuing to pursue their claims against all other remaining defendants. Each side shall bear their own costs of court.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **ALLIED WASTE NORTH AMERICA, LLC AND 623 LANDFILL, INC.,** | **INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25, THOMAS G. MARI, INDIVIDUALLY AND AS PRESIDENT, STEVEN J. SOUTH, AS SECRETARY-TREASURER, JOAN C. COREY, AS VICE PRESIDENT/ BUSINESS AGENT, PETER S. BERRY, AS RECORDING SECRETARY, MILTON DEPINA, INDIVIDUALLY AND AS UNION REPRESENTATIVE, NICO CATANO, INDIVIDUALLY AND AS UNION TRUSTEE, ERIC LOGAN, INDIVIDUALLY AND AS UNION REPRESENTATIVE, DAVID SMITH, INDIVIDUALLY AND AS UNION REPRESENTATIVE, BRIAN J. HATCH, INDIVIDUALLY AND AS BUSINESS AGENT,OLIVE GARDEN HOLDINGS, LLC AND DARDEN CORPORATION** |
| By their attorneys, | By their attorneys, |
| | */s/ Nicholas S. Balatsos* |
| Jillian S. Folger-Hartwell (BBO #658240) | Nicholas S. Balatsos, Esq. (BBO No. 708923) |
| **LITTLER MENDELSON P.C.** | **FEINBERG, DUMONT & BRENNAN** |
| One Financial Plaza, Suite 2205 | 177 Milk Street, Suite 300 |
| Providence, RI 02903 | Boston, MA 02109 |
| Telephone: 401.824.2500 | (617) 338-1976 |
| Facsimile: 401.454.2969 | nsb@fdb-law.com |
| jfolgerhartwell@littler.com | |

*/s/ Ellen E. Lemire*
Ellen E. Lemire (BBO #670994)
**LITTLER MENDELSON P.C.**
One International Place, Suite 2700
Boston, MA 02110
Telephone: 617.378.6000
Facsimile: 617.737.0052
elemire@littler.com

Dated: July 21, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ *Ellen E. Lemire*
Ellen E. Lemire