# Def. Exhibit 1

| FORM NLRB-501 (3-21) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD **CHARGE AGAINST EMPLOYER** | DO NOT WRITE IN THIS SPACE | |
|---|---|---|---|
| | | Case 01-CA-369378 | Date Filed 7/16/2025 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. |
|---|---|---|
| Republic Allied Waste Services | | |
| | | c. Cell No. |
| | | f. Fax. No. |
| d. Address *(Street, city, state, and ZIP code)* 320 A Charger Street Revere, MA 02151 | e. Employer Representative Kurt Lavery | g. e-mail klavery@republicservices.com |
| | | h. Number of workers employed |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)* Water Disposal Company | j. Identify principal product or service | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections)   8(a)(5)   of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

**2. Basis of the Charge** *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*
Since on or about April 29, 2025, Republic Services has engaged in surface bargaining during twelve bargaining sessions with no genuine intent to reach an agreement with Teamsters Local Union No. 25 all in violation of Section 8(a)(5) of the Act.

**3. Full name of party filing charge** *(if labor organization, give full name, including local name and number)*
Teamsters Local Union No. 25

| 4a. Address *(Street and number, city, state, and ZIP code)* 544 Main Street Charlestown, MA 02109 | 4b. Tel. No. 617-241-8825 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail mdepina@teamsterslocal25.com |

**5. Full name of national or international labor organization of which it is an affiliate or constituent unit** *(to be filled in when charge is filed by a labor organization)*

### 6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

| /s/ Michael A. Feinberg | Michael A. Feinberg, Attorney | Tel. No. 617-338-1976 |
|---|---|---|
| *(signature of representative or person making charge)* | *(Print/type name and title or office, if any)* | Office, if any, Cell No. |
| | | Fax No. 617-338-7070 |
| Address  177 Milk Street, Suite 300, Boston, MA 02109 | Date  July 16, 2025 | e-mail maf@fdb-law.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.