# Def. Exhibit 2



# OFFICE OF THE GOVERNOR
## COMMONWEALTH OF MASSACHUSETTS
STATE HOUSE • BOSTON, MA 02133
(617) 725-4000

**MAURA T. HEALEY**
GOVERNOR

**KIMBERLEY DRISCOLL**
LIEUTENANT GOVERNOR

Mr. Jon Vander Ark
President & Chief Executive Officer
Republic Services, Inc.
18500 North Allied Way
Phoenix, AZ 85054

August 11, 2025

Dear Mr. Vander Ark,

As my attempts to speak with you directly have gone unanswered, I am now writing to express my deep concern and profound disappointment regarding the ongoing labor strike involving Republic Services workers in Massachusetts.

Your company's failure to resolve or even meaningfully address this prolonged strike is unacceptable. For seven weeks now, trash and recycling have been piling up in neighborhoods during the heat of summer, impacting public health and quality of life for thousands of Massachusetts residents. Communities across the state are being forced to bear the consequences and costs of stalled negotiations between your company and its workforce.

This situation is beyond untenable. Republic Services has an obligation to the communities it serves. That obligation includes ensuring that labor disputes do not escalate to the point of endangering public well-being.

The fact that you haven't returned my calls is a reflection of your unacceptable approach to this urgent matter. The time for delay and posturing is over. It is time to resolve this – now.

Republic must return to the bargaining table immediately and negotiate in good faith with the workers and their representatives. It is in the interest of your company, your employees, and—most critically—the residents of Massachusetts that a swift resolution is reached.

My administration stands ready to assist in facilitating dialogue if needed. But make no mistake: this matter demands your direct attention and immediate action.

Sincerely,

*Maura T. Healey*

**Maura T. Healey**
Governor
Commonwealth of Massachusetts

PRINTED ON RECYCLED PAPER