Def. Exhibit 3

# Congress of the United States
## Washington, DC 20515

July 25, 2025

Jon Vander Ark, President
Republic Services
320 Charger St. A Revere, MA 02151
jvanderark@republicservices.com

Dear Mr. Vander Ark,

We are writing to express our concerns regarding the ongoing contract negotiations between Republic Services and Teamsters Local 25 and respectfully request that you do everything in your power to negotiate a fair contract and allow the hard-working men and women of Republic Services to return to work.

The more than 400 members of Teamsters Local 25 employed by Republic Services in Massachusetts are delivering essential waste and recycling collection services to residents, businesses, and construction sites. Every community deserves high-quality municipal services, including waste management, but not at the expense of a competitive wage and comprehensive benefits, especially affordable accessible healthcare coverage, that support your workers, their families, and the communities they serve and contribute to on and off the clock.

This contract represents an opportunity for Republic Services to acknowledge the vital role your company, through the sweat equity of your employees, plays in our communities and to bring the wages and benefits in line with the industry standards. We urge you to prioritize face to face negotiations with the bargaining unit and to lean into difficult conversations with the workers who are the backbone of a company as important to our economy and communities as Republic Services. The workers stand ready to return to work and continue to be the face of your company in the communities that rely on them—but they have spoken with one voice at the table and on the picket line—they demand that dignity and their ability to provide for their families be the foundation of a new contract.

We are concerned about the lack of scheduled negotiation sessions, and we strongly urge you to return to the bargaining table in good faith and without delay, to negotiate a contract that reflects the dignity of this work, one that ensures fair pay, quality benefits, and a safe workplace.

Thank you for your immediate attention to this matter. If we can be a resource in reaching a fair agreement or can answer any questions, please do not hesitate to reach out to our offices.

Sincerely,

_____
Ayanna Pressley
Member of Congress

_____
Stephen F. Lynch
Member of Congress

_____
Seth Moulton
Member of Congress

_____
Jake Auchincloss
Member of Congress

_____
Katherine M. Clark
Member of Congress

_____
William R. Keating
Member of Congress

_____
James P. McGovern
Member of Congress

_____
Richard E. Neal
Member of Congress

_____
Lori Trahan
Member of Congress