Def. Exhibit 5



*We will only accept deliveries from UNION CARRIERS. All other deliveries WILL BE REFUSED!*

# Teamsters Local Union No. 25
### affiliated with the
## International Brotherhood of Teamsters
544 MAIN STREET • BOSTON, MASSACHUSETTS 02129-1113 • (617) 241-8825 • Fax (617) 242-4284
www.teamsterslocal25.com

**THOMAS G. MARI**
*President/Principal Officer*

**STEVEN J. SOUTH**
*Secretary-Treasurer*

**JOAN C. COREY**
*Vice President/Business Agent*

**PETER S. BERRY**
*Recording Secretary*

**JOHN J. JUSZKIEWICZ, III**
*Trustee*

**EDWARD J. WELCH, JR.**
*Trustee*

**NICO A. CATANO**
*Trustee*

**JASON A. LOPES**
*Business Agent*

**JOSEPH F. FOTI**
*Business Agent*

**PETER A. ALVARADO**
*Business Agent*

**BRIAN J. HATCH**
*Business Agent*

**NANCY L. CAMPBELL**
*Business Agent*

**MILTON F. DEPINA**
*Field Representative*

**MICHAEL P. O'BRIEN**
*Field Representative*

**ERIC A. LOGAN**
*Field Representative*

July 18, 2025

Rafael McKnight-Gomes
19 Coronado Rd.
Boston, MA  02136

Dear Mr. McKnight-Gomes:

We are in receipt of Boston Police Offense/Incident Report # 252054758 with a detailed account by Officer Kerrigan of alleged vandalism on July 7, 2025, at the Republic Waste strike line at 64 Norfolk Ave., Roxbury, MA.

Attached please find a copy of the Teamsters Local 25 "Instructions for Picketers" and the sign in sheet with your acknowledgement that you understood the Teamsters Local 25 Strike Instructions.

It has been established that you were in the company of the person named on this report, therefore, we are instructing you to stay away from any Teamsters Local 25 picket lines until further notice from this local union.

Fraternally,

*[signature]*

Thomas G. Mari
President

TGM/jem

Enclosures: (3)

*Teamsters, Chauffeurs, Warehousemen & Helpers, Furniture & Piano Moving, Furniture Store Drivers, Packers & Helpers, Conventions, Exhibit & Trade Shows, Newspaper Chauffeurs, Distributers & Helpers, Boston and Greater Boston Area, Massachusetts*



**BostonPolice**
DEPARTMENT
1 SCHROEDER PLAZA | BOSTON, MA 02120

Boston PD

## I# 252054758 - Offense/Incident Report

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Jul 7, 2025 16:49 | B2 / B411 / 180 | Jul 7, 2025 12:32 - 12:32 |

**REPORTING OFFICER**
CHRISTOPHER KERRIGAN #148281

**REPORT TAKEN LOCATION**
64 NORFOLK AVE, ROXBURY, MA 02119

### EVENT STATISTICS

- ☐ Auto Investigator
- ☒ Body Worn Camera
- ☐ Car Jack
- ☐ Child Present
- ☐ DVIP
- ☐ Drugs
- ☐ Encampment Response
- ☐ Gun
- ☐ Homeland Security
- ☐ Homeless
- ☐ Juvenile
- ☐ Moped
- ☐ Other Agency/Unit Notified
- ☐ Reveler
- ☐ Search Warrant
- ☐ Section 35
- ☐ Sexual Assault
- ☐ Taser Deployment
- ☐ Victim Stabbed
- ☐ Bicycle
- ☐ CRU - Hate/Bias
- ☐ Child Abuse
- ☐ Contaminated Drink
- ☐ Disabled
- ☐ Elderly
- ☐ Gang
- ☐ Home Invasion
- ☐ Homeland Security UASI
- ☐ Human Trafficking
- ☐ Licensed Premise
- ☐ NIDV
- ☐ Recreational Vehicle
- ☐ School
- ☐ Section 12
- ☐ Sex Offender
- ☐ Shots Fired
- ☐ Victim Shot
- ☐ Warrant Arrest

## NARRATIVE

About 8:30 A.M. on Monday, July 7, 2025, Officer Kerrigan, while assigned to the Teamsters 25 / Republic Waste Strike, took a vandalism report located at 64 Norfolk Ave, Roxbury.

While on-scene of the ongoing strike at the Republic Services facility, the B910 (Sgt. Onishuk) was informed by Area Security Manager, Jeff Swagger, that one of the protesters damaged two of the trucks.

Officer Kerrigan was informed that Truck 1224, operated by Richard Morales, had the cap ripped off the DEF tank and a cigar was placed inside of the tank. Members of Republic Services tried to remove the cigar but were not able to and it was now in the diesel tank.

Officer Kerrigan was also informed that the same female attempted to tamper with the batteries and air controls, located on the passenger side of Truck 3201, which was operated by Pete Caldwell.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| CHRISTOPHER KERRIGAN #148281   Jul 7, 2025 17:15 (e-signature) | THOMAS CARTY #054014   Jul 7, 2025 20:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| CHRISTOPHER KERRIGAN #148281 | THOMAS CARTY #054014 |

Officer Kerrigan was provided multiple pictures from Mr. Swagger, all of which were attached to this report. Included in the photos were a picture of the female whom Officers had observed on scene all day. Officers observed the female going in and out of MA REG 2PKS77.

The B910 (Sgt. Onishuk) was able to speak to the female about the allegations and the female identified herself to Officer Kerrigan as Jennifer Ouderkirk.

### REPORTING PARTY -1

| REPORTING PARTY -1 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| R-1 Swagger, Jeff | 40 - 70 years old |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Unknown / Unknown | (704) 451-3757 (primary, Mobile Phone) |

HOME ADDRESS
2440 WHITEHALL PARK DRIVE, 800, CHARLOTTE, NORTH CAROLINA 28273

REPORTING PARTY SIGNATURE

### OFFENSE-1

OFFENSE CODE
**VANDALISM**

| OCCURRED FROM DATE/TIME | OCCURRED TO DATE/TIME | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Jul 7, 2025 12:32 | Jul 7, 2025 12:32 | ☒ COMPLETED<br>☐ ATTEMPTED | ☐ YES ☒ NO |

| SUSPECTED COMPUTER/ HANDHELD DEVICE USE | SUSPECTED ALCOHOL CONSUMPTION | SUSPECTED DRUG USE | DOMESTIC VIOLENCE |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

OFFENSE LOCATION
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION
**64 NORFOLK AVE**

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| ROXBURY | MA | 02119 | US |

| LOCATION CATEGORY | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| Commercial/ Office Building | B2 / B411 / 180 |

### VICTIMS-1

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 Swagger, Jeff | 40 - 70 years old |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Unknown / Unknown | (704) 451-3757 (primary, Mobile Phone) |

HOME ADDRESS
2440 WHITEHALL PARK DRIVE, 800, CHARLOTTE, NORTH CAROLINA 28273

### SUSPECTS-1

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 Ouderkirk, Jennifer | 1974-05-07 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White / Unknown | (617) 800-4894 (primary, Mobile Phone) |

HOME ADDRESS
43 OCEAN DRIVE, SCITUATE, MA 02066

### MEDICAL INTERVENTION CARD

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| CHRISTOPHER KERRIGAN #148281   Jul 7, 2025 17:15 (e-signature) | THOMAS CARTY #054014   Jul 7, 2025 20:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| CHRISTOPHER KERRIGAN #148281 | THOMAS CARTY #054014 |

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| Republic trash Truck / BLUE | Damaged/Vandalized / Jul 7, 2025 | | | UNKNOWN |

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Jeff Swagger | IN INVESTIGATION WITH | Jennifer Ouderkirk |
| Jeff Swagger | RELATIONSHIP UNKNOWN | Jennifer Ouderkirk |

## PROPERTY & ITEMS ADDENDUM

**252054758-1 OTHER ITEM - REPUBLIC TRASH TRUCK**

ITEM CATEGORY

Recreational/ Sports Equipment/camping Equipment

DESCRIPTION

Republic trash Truck

COLOR

BLUE

CLAIMANT

Jeff Swagger

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Damaged/Vandalized | Jul 7, 2025 | UNKNOWN | No |

PROPERTY LINKED TO

Offense 1

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| CHRISTOPHER KERRIGAN #148281  Jul 7, 2025 17:15 (e-signature) | THOMAS CARTY #054014  Jul 7, 2025 20:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| CHRISTOPHER KERRIGAN #148281 | THOMAS CARTY #054014 |

**Boston PD**
Mark43 RMS Form v2.0 generated by R. WESLEY #012288 on Jul 8, 2025 12:07.

Pg 3 of 3

Case 1:25-cv-11990-BEM    Document 73-5    Filed 08/19/25    Page 6 of 7



# Teamsters Local Union No. 25
### affiliated with the
## International Brotherhood of Teamsters

544 MAIN STREET • BOSTON, MASSACHUSETTS 02129-1113 • (617) 241-8825 • Fax (617) 242-4284
www.teamsterslocal25.com

**THOMAS G. MARI**
*President/Principal Officer*

**STEVEN J. SOUTH**
*Secretary-Treasurer*

**JOAN C. COREY**
*Vice President/Business Agent*

**PETER S. BERRY**
*Recording Secretary*

**JOHN J. JUSZKIEWICZ, III**
*Trustee*

**EDWARD J. WELCH, JR.**
*Trustee*

**NICO A. CATANO**
*Trustee*

**JASON A. LOPES**
*Business Agent*

**JOSEPH F. FOTI**
*Business Agent*

**PETER A. ALVARADO**
*Business Agent*

**BRIAN J. HATCH**
*Business Agent*

**NANCY L. CAMPBELL**
*Business Agent*

**MILTON F. DEPINA**
*Field Representative*

**MICHAEL P. O'BRIEN**
*Field Representative*

**ERIC A. LOGAN**
*Field Representative*

### INSTRUCTIONS TO PICKETERS

As a Teamster member, you are being asked to help publicize a labor dispute for the Teamsters Union by picketing at area locations. Your cooperation is essential to make this program a success. Please read these instructions and follow them carefully.

1. You are to conduct yourself in a responsible, professional, and peaceful manner at all times. You are forbidden to engage in any altercation, argument, vandalism, or misconduct of any kind. Do not use boisterous or indecent language. The success of this strike depends on impressing management and the public with the legitimacy and righteousness of our cause.

2. You are to picket on the sidewalk or on a public way. If you have any questions about where to walk while you picket, please ask the person in charge before you start.

3. Do not in any way obstruct any entrances or exits to any place of business or parking lot.

4. You are not to interfere with the work of any employees. If you are asked by these employees what the picketing is about, you are to tell them to speak to the Line Captain.

5. You are forbidden to use intoxicating beverages, illegal drug or any other illegal substance while on duty or to have such beverages, drugs, or substances on your person.

6. If any manager or official or any other private party should complain to you about the picketing, advise them that their complaints should be directed to the Line Captain. You may give a copy of these instructions to any person who requests them, or to any person who insists upon questioning you. Refer all questioners to the handbill, if one is being distributed. If they want additional information, tell them to talk to the person in charge - the Line Captain.

7. Obtain the name, badge number and affiliation of any police or law enforcement officer who approaches you. If any such officer complains about your activity or asks you to move or to stop, first explain to him, in a courteous manner, that you have a right to picket on public property. If the officer still asks you to move or stop, ask him to contact the Line Captain. If the officer refuses this request or insists that you follow his instruction, do so and report the incident to the Line Captain. If a Police Officer touches, you for any reason you should offer no resistance.

8. Pickets should keep moving and not block traffic.

Fraternally,

*[signature]*

THOMAS G. MARI
President/Principal Officer

*Teamsters, Chauffeurs, Warehousemen & Helpers, Furniture & Piano Moving, Furniture Store Drivers, Packers & Helpers, Conventions, Exhibit & Trade Shows, Newspaper Chauffeurs, Distributers & Helpers, Boston and Greater Boston Area, Massachusetts*

# DISTRIBUTION OF INSTRUCTIONS TO PICKETERS

Date  7-5 , 2025

SIGNING BELOW WILL ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THE INSTRUCTIONS TO PICKETERS.

| # | NAME (PLEASE PRINT) | COMPANY |
|---|---|---|
| 1. | Rafael Mcwrith-Gomes | Local 25/25216 |
| 2. | Jennifer Kirsu | futures |
| 3. | Jay Douglass | Republic |
| 4. | William I Laffy JR | Republic |
| 5. | Shane Roer | Republic |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |