Def. Exhibit 6

*We will only accept deliveries from UNION CARRIERS. All other deliveries WILL BE REFUSED!*



# Teamsters Local Union No. 25
### affiliated with the
### International Brotherhood of Teamsters
544 MAIN STREET • BOSTON, MASSACHUSETTS 02129-1113 • (617) 241-8825 • Fax (617) 242-4284
www.teamsterslocal25.com

**THOMAS G. MARI**
*President/Principal Officer*

**STEVEN J. SOUTH**
*Secretary-Treasurer*

**JOAN C. COREY**
*Vice President/Business Agent*

**PETER S. BERRY**
*Recording Secretary*

**JOHN J. JUSZKIEWICZ, III**
*Trustee*

**EDWARD J. WELCH, JR.**
*Trustee*

**NICO A. CATANO**
*Trustee*

**JASON A. LOPES**
*Business Agent*

**JOSEPH F. FOTI**
*Business Agent*

**PETER A. ALVARADO**
*Business Agent*

**BRIAN J. HATCH**
*Business Agent*

**NANCY L. CAMPBELL**
*Business Agent*

**MILTON F. DEPINA**
*Field Representative*

**MICHAEL P. O'BRIEN**
*Field Representative*

**ERIC A. LOGAN**
*Field Representative*

## INSTRUCTIONS TO PICKETERS

As a Teamster member, you are being asked to help publicize a labor dispute for the Teamsters Union by picketing at area locations. Your cooperation is essential to make this program a success. Please read these instructions and follow them carefully.

1. You are to conduct yourself in a responsible, professional, and peaceful manner at all times. You are forbidden to engage in any altercation, argument, vandalism, or misconduct of any kind. Do not use boisterous or indecent language. The success of this strike depends on impressing management and the public with the legitimacy and righteousness of our cause.

2. You are to picket on the sidewalk or on a public way. If you have any questions about where to walk while you picket, please ask the person in charge before you start.

3. Do not in any way obstruct any entrances or exits to any place of business or parking lot.

4. You are not to interfere with the work of any employees. If you are asked by these employees what the picketing is about, you are to tell them to speak to the Line Captain.

5. You are forbidden to use intoxicating beverages, illegal drug or any other illegal substance while on duty or to have such beverages, drugs, or substances on your person.

6. If any manager or official or any other private party should complain to you about the picketing, advise them that their complaints should be directed to the Line Captain. You may give a copy of these instructions to any person who requests them, or to any person who insists upon questioning you. Refer all questioners to the handbill, if one is being distributed. If they want additional information, tell them to talk to the person in charge - the Line Captain.

7. Obtain the name, badge number and affiliation of any police or law enforcement officer who approaches you. If any such officer complains about your activity or asks you to move or to stop, first explain to him, in a courteous manner, that you have a right to picket on public property. If the officer still asks you to move or stop, ask him to contact the Line Captain. If the officer refuses this request or insists that you follow his instruction, do so and report the incident to the Line Captain. If a Police Officer touches, you for any reason you should offer no resistance.

8. Pickets should keep moving and not block traffic.

Fraternally,

*[signature]*

**THOMAS G. MARI**
President/Principal Officer

*Teamsters, Chauffeurs, Warehousemen & Helpers, Furniture & Piano Moving, Furniture Store Drivers, Packers & Helpers, Conventions, Exhibit & Trade Shows, Newspaper Chauffeurs, Distributers & Helpers, Boston and Greater Boston Area, Massachusetts*